IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LANA K. WILLIAMS, | ) ) ) | CIV F 04-5415 REC DLB |
| Plaintiff(s), | ) ) | ORDER DIRECTING SERVICE |
| v. | ) ) | |
| COMMISSIONER OF SOCIAL SECURITY, et al., | ) ) ) | |
| Defendant(s). | ) ) | |

On March 10, 2004, plaintiff filed the present action in this Court seeking judicial review of an administrative decision. Plaintiff states that she is appealing the denial of Widow Benefits. Review of the record reveals that plaintiff has not yet properly served defendant Commissioner of Social Security.

Federal Rule of Civil Procedure 4(i) provides the requirements for service of process upon the United States or its agencies:

> **(i) Serving the United States, Its Agencies, Corporations, Officers, or Employees.**
>
> (1) Service upon the United States shall be effected
>
> (A) by delivering a copy of the summons and of the complaint to the United States attorney for the district in which the action

1

is brought or to an assistant United States attorney or clerical employee designated by the United States attorney in a writing filed with the clerk of the court or by sending a copy of the summons and of the complaint by registered or certified mail addressed to the civil process clerk at the office of the United States attorney and

(B) by also sending a copy of the summons and of the complaint by registered or certified mail to the Attorney General of the United States at Washington, District of Columbia, and

(C) in any action attacking the validity of an order of an officer or agency of the United States not made a party, by also sending a copy of the summons and of the complaint by registered or certified mail to the officer or agency.

(2)(A) Service on an agency or corporation of the United States, or an officer or employee of the United States sued only in an official capacity, is effected by serving the United States in the manner prescribed by Rule 4(i)(1) and by also sending a copy of the summons and complaint by registered or certified mail to the officer, employee, agency, or corporation.

(B) Service on an officer or employee of the United States sued in an individual capacity for acts or omissions occurring in connection with the performance of duties on behalf of the United States--whether or not the officer or employee is sued also in an official capacity--is effected by serving the United States in the manner prescribed by Rule 4(i)(1) and by serving the officer or employee in the manner prescribed by Rule 4 (e), (f), or (g).

(3) The court shall allow a reasonable time to serve process under Rule 4(i) for the purpose of curing the failure to serve:

(A) all persons required to be served in an action governed by Rule 4(i)(2)(A), if the plaintiff has served either the United States attorney or the Attorney General of the United States, or

(B) the United States in an action governed by Rule 4(i)(2)(B), if the plaintiff has served an officer or employee of the United States sued in an individual capacity.

Fed.R.C.P. 4(i).

Pursuant to Rule 4(i)(1), in order to properly serve the Commissioner, plaintiff must deliver a copy of the summons and complaint to the United State attorney for the Eastern District of California. Plaintiff must also send a copy of the summons and complaint by

2

1  registered or certified mail to the Attorney General of the United States at Washington,
2  District of Columbia (Rule 4(i)(1)(B)) and plaintiff must send a copy of the summons and
3  complaint by registered or certified mail to the Social Security Administration (Rule
4  4(i)(1)(C)).
5      It appears that plaintiff has sent the summons and complaint to the United States
6  Attorney for the Eastern District of California and plaintiff has sent the summons and
7  complaint to the Social Security Administration.  However, it does not appear that plaintiff
8  has sent a copy of the summons and complaint to the Attorney General of the United States.
9  In order for this case to proceed, plaintiff must comply with Rule 4(i) and send a copy of
10  the summons and complaint to the Honorable Alberto R. Gonzales, Attorney General of the
11  United States, United States Department of Justice, 10th Street and Constitution Ave., N.W.,
12  Washington, D.C. 20530.
13      Plaintiff is granted an additional 45 days to complete service of process as described
14  in this Order.  Failure to provide proof of service in compliance with Rule 4(i) will result in
15  a recommendation that this action be dismissed.
16      IT IS SO ORDERED.
17  **Dated:   September 15, 2005**                **/s/ Dennis L. Beck**
    3b142a                                         UNITED STATES MAGISTRATE JUDGE

3