1  McGREGOR W. SCOTT
   United States Attorney
23 KRISTI C. KAPETAN
   Assistant U.S. Attorney
24 3654 Federal Building
   1130 "O" Street
25 Fresno, California 93721
   Telephone:  (559) 498-7440
26
   Attorneys for Defendant
27

28

                IN THE UNITED STATES DISTRICT COURT FOR THE

                     EASTERN DISTRICT OF CALIFORNIA


LANA K. WILLIAMS,              )    1:04-cv-5415 REC DLB
                               )
            Plaintiff,         )    EX PARTE APPLICATION
                               )    TO EXTEND TIME; AND ORDER
       v.                      )
                               )
JO ANNE B. BARNHART,           )
Commissioner of Social         )
Security,                      )
                               )
            Defendant.         )
_____)

     Defendant, Commissioner of Social Security, hereby applies to
the Court for an extension of time to file a response to
plaintiff's complaint.  This is defendant's first request for an
extension of time in this case.

     Due to the complexity of plaintiff's complaint, the Appeals
Council will need additional time to further analyze the various
claims and prepare a response in this matter.

///

///

///

///

                                  1

1    Based on the above, defendant requests that the deadline for

23   defendant to file a response to plaintiff's complaint be extended

24   from January 25, 2006 to March 28, 2006.

25                                   Respectfully submitted,

26   Dated: January 25, 2006         McGREGOR W. SCOTT
                                     United States Attorney

27

28                                   /s/ Kristi C. Kapetan
                                     KRISTI C. KAPETAN
                                     Assistant U.S. Attorney

2

1

23

24

25

26

27

28

IT IS SO ORDERED.

   **Dated:     January 27, 2006**                    **/s/ Dennis L. Beck**
3c0hj8                                        UNITED STATES MAGISTRATE JUDGE