# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANA K. WILLIAMS, | ) 1:04cv5415 DLB |
| | ) |
| Plaintiff, | ) ORDER STRIKING DOCUMENT 42 |
| | ) |
| v. | ) ORDER DIRECTING CLERK OF COURT TO |
| | ) OPEN NEW SOCIAL SECURITY ACTION |
| COMMISSIONER OF SOCIAL SECURITY, et al., | ) |
| | ) |
| Defendants. | ) |

Plaintiff Lana K. Williams, proceeding pro se, filed this action for review of a denial of Social Security benefits on March 10, 2004. On June 2, 2006, the Court granted Defendant's motion to dismiss for lack of jurisdiction and entered judgment. Plaintiff appealed the decision to the Ninth Circuit Court of Appeals, though the appeal was dismissed for failure to prosecute on March 9, 2007.

On May 2, 2012, Plaintiff filed a document entitled, "Request of Motion for Court Hearing and Response to Decisions for Review." Plaintiff is challenging a recent denial of Social Security benefits and the document should have been filed in a new action. Accordingly, Document 42 is STRICKEN from this action and the Clerk of Court is DIRECTED to open a new action for review of a Social Security decision.

IT IS SO ORDERED.

Dated: **May 9, 2012**         /s/ **Dennis L. Beck**
                                UNITED STATES MAGISTRATE JUDGE

1